# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL R. TURNER,
:
    Petitioner,                                Case No. 2:07-cv-595

:               District Judge Timothy S. Black
    -vs-                                          Magistrate Judge Michael R. Merz

STUART HUDSON, Warden,
:
    Respondent.

---

## RECOMMITTAL ORDER

---

This capital habeas corpus case is before the Court on Respondent's Objections (Doc. No. 167) to the Magistrate Judge's Decision and Order (Doc. No. 165). As permitted by Fed. R. Civ. P. 72, the Petitioner has filed a Response to those Objections (Doc. No. 169).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental opinion analyzing the Objections and Response and making recommendations based on that analysis.

June 12, 2012.

                                                     *s/ Timothy S. Black*
                                                     Timothy S. Black
                                                     United States District Judge