# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MICHAEL R. TURNER,

    Petitioner,

        -vs-

STUART HUDSON, Warden,

    Respondent.

Case No. 2:07-cv-595

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## SUPPLEMENTAL OPINION AND RECOMMENDATIONS

This capital habeas corpus case is before the Court on Respondent's Objection (Doc. No. 167), to the Magistrate Judge's Decision and Order (Doc. No. 165) granting Petitioner's Motion to Amend (Doc. No. 155). Petitioner has filed a Response to the Objection (Doc. No. 169) and Respondent has filed a Reply in Support (Doc. No. 170).

Having considered the parties' arguments, the Magistrate Judge recommends the Objection be overruled on the basis set forth in the Magistrate Judge's Supplemental Opinion and Recommendations in *Waddy v. Coyle,* Case No. 3:98-cv-084 (Doc. No. 188).

July 11, 2012.

                                                            s/ *Michael R. Merz*
                                           United States Magistrate Judge

1