# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL R. TURNER,

    Petitioner,

    -vs-

STUART HUDSON, Warden,

    Respondent.

Case No. 2:07-cv-595

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This capital habeas corpus case is before the Court on Petitioner's Supplemental Memorandum in Support of Objections (Doc. No. 174) to the Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations on the merits and motion for certificate of appealability. The Warden has filed a Response to those Objections (Doc. No. 179) and Petitioner has, with court permission, filed a Reply (Doc. No. 181).

The District Judge has preliminarily considered the Supplemental Memorandum and believes the issues raised therein will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report and recommendations analyzing the new issues raised by Petitioner on the basis of 2012 decisions by the United States Supreme Court.

October 12, 2012.

                                                */s/ Timothy S. Black*
                                                Timothy S. Black
                                                United States District Judge