# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| MICHAEL R. TURNER, | : | Case No. 2:07-cv-595 |
| Petitioner, | : | |
| - vs - | : | District Judge Timothy S. Black<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Warren Correctional Institution, | : | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #223), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that Petitioner's Fifteenth and Sixteenth Grounds for Relief are DISMISSED without prejudice as moot.

March 24, 2014.

*Timothy S. Black*
Timothy S. Black
United States District Judge