# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| MICHAEL R. TURNER, | : | Case No. 2:07-cv-595 |
| Petitioner, | : | |
| - vs - | : | District Judge Timothy S. Black |
| | | Magistrate Judge Michael R. Merz |
| | : | |
| STUART HUDSON, Warden, | | |
| | : | |
| Respondent. | | |
| | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 251), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 28, 2015, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Third Amended Petition (ECF No. 244) be dismissed without prejudice to possible allowance of Petitioner's pending motion to amend (ECF No. 253).

October 28, 2015.

Timothy S. Black
United States District Judge