# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT COLUMBUS

MICHAEL R. TURNER, : Case No. 2:07-cv-595

    Petitioner, :

- vs - : District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

    :

STUART HUDSON, Warden,

    :

    Respondent.

    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 264), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 14, 2016, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the lethal injection grounds for relief in Petitioner's Third Amended Petition (ECF No. 244) be dismissed without prejudice to the filing of Petitioner's proposed Fourth Amended Petition in the event the Court sustains Turner's Appeal (ECF No. 263) from the Magistrate Judge's Order denying leave to file the Fourth Amended Petition.

~~March ___, 2016.~~
April 22, 2016

                                                Timothy S. Black
                                                United States District Judge